**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50338 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00215-DSF |
| v. | |
| KEJUAN CHAVIZ MOORE, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted September 23, 2014**

Before:     W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Kejuan Chaviz Moore appeals from the district court's judgment and

challenges the revocation of supervised release and the 10-day term of

imprisonment and 54-month term of supervised release imposed upon revocation.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Moore's counsel has filed a

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moore the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**